PEOPLE ex rel. KELLY, Appellant, v. BRADY, Com'r, Respondent. (Supreme Court, Appellate Division, First Department. June 7, 1901.) Proceeding by the people of the state of New York, on the relation of Thomas J. Kelly, against Thomas J. Brady, commissioner. L. J. Grant, for appellant. J. D. Quincy, for respondent. No opinion. Writ dismissed and proceedings affirmed, with costs.

PEOPLE ex rel. KENDALL, Appellant, v. FEITNER et al., Com'rs of Taxes, etc., Respondents. (Supreme Court, Appellate Division, Second Department. June 20, 1901.) Proceeding by the people of the state of New York, on the relation of Hattie L. Kendall, against Thomas L. Feitner and others, as commissioners of taxes and assessments of the city of New York. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. NEW YORK CHURCH EXTENSION, ETC., SOC. v. COLER. (Supreme Court, Appellate Division, First Department. June 7, 1901.) Proceeding by the people of the state of New York, on the relation of the New York Church Extension, etc., Society, against Bird S. Coler. No opinion. Motion denied.

PEOPLE ex rel. SOCIETY OF FREE CHURCH OF ST. MARY THE VIRGIN, Appellant, v. FEITNER et al., Com'rs of Taxes, etc., Respondents. (Supreme Court, Appellate Division, First Department. June 9, 1901.) Certiorari by the people, on relation of the Society of the Free Church of St. Mary the Virgin, to Thomas L. Feitner and others, commissioners of taxes and assessments, to review the action of respondents in assessing the clergy house and rectory, parts of relator's church building, for taxation. From an order quashing the writ, relator appeals. Reversed. William G. Wallace, for appellant. James M. Ward, for respondents.

McLAUGHLIN, J. The question here presented is precisely the same as that on an appeal from an order between the same parties relating to the assessment for the year 1899 (71 N. Y. Supp. 257), except that in the assessment for 1900 the assessors did not assess the mission house, but assessed the clergy house at $10,000 and the rectory at $8,000. For the reason given in the opinion delivered on the other appeal, we think this order should be reversed, and the prayer of the relator granted, and the assessment corrected accordingly, with costs.

PEOPLE ex rel. WEYANT, Appellant, v. WEYANT et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 20, 1901.) Proceeding by the people of the state of New York, on the relation of Frank B. Weyant, against Henry S. Weyant and Lizzie Weyant. No opinion. Order of the special term reversed, without costs, and the custody of the child awarded to the relator.

PETIT, Appellant, v. BULKLEY, Respondent. (Supreme Court, Appellate Division, Second Department. July 25, 1901.) Action by John J. Petit against Washington Bulkley. No opinion. Order of the county court of Kings county affirmed, with $10 costs and disbursements.

PETTIT, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 25. 1901.) Action by William H. Pettit against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

In re PHILLIPS. (Supreme Court, Appellate Division, First Department. June 7, 1901.) In the matter of Waldorf H. Phillips. No opinion. Motion granted.

POLLARD, Appellant, v. HEBARD, Respondent. (Supreme Court, Appellate Division, Second Department. June 14, 1901.) Action by Susan E. Pollard against Frederick Hebard.

PER CURIAM. Judgment of the municipal court reversed, and new trial ordered, costs to abide the event, on the ground that, as the defendant had not rested the case, the municipal justice could not decide the controversy on the merits, but was limited to granting the defendant's motion for a nonsuit; there being evidence on the part of the plaintiff sufficient to establish a prima facie case.

POOLE, Respondent, v. ROBINSON et al., Appellants. (Supreme Court, Appellate Division, First Department. June 7, 1901.) Action by Henry D. Poole against Charles D. Robinson and another. W. E. Kisselburgh, for appellants. J. C. Thomson, for respondent. No opinion. Judgment affirmed, with costs, with leave to the defendants to withdraw demurrer and answer, on payment of costs in this court and in the court below.

PORTER, Respondent, v. PRUDENTIAL INS. CO. OF AMERICA, Appellant. (Supreme Court, Appellate Division, Second Department. July 25, 1901.) Action by Albert T. Porter against the Prudential Insurance Company of America. No opinion. Judgment affirmed, with costs.